UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-01151

**Sherita Everetts,**
*Plaintiff,*
v.
**Southern Multifood Inc.,**
*Defendant.*

# ORDER

Plaintiff Sherita Everetts, proceeding pro se, filed this civil rights lawsuit. Doc. 3. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's claims be dismissed without prejudice for failure to prosecute and failure to comply with a court order. Doc. 14. Plaintiff has not filed timely objections to the report and recommendation.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 14).

Accordingly, plaintiff's claims are dismissed without prejudice for failure to prosecute and failure to comply with a court order. Any pending motions are denied as moot.

*So ordered by the court on November 16, 2026.*

J. CAMPBELL BARKER
United States District Judge